IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MILFORD IVEY                                                                                    PLAINTIFF

v.                                                                                    NO. 1:10CV165-A-S

TISHOMINGO COUNTY, MISSISSIPPI                                                         DEFENDANTS

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated November 15, 2010, and the December 7, 2010, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated November 15, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That all of the plaintiff's claims are **DISMISSED** with prejudice – except his claim that the defendant would not permit him to undergo a procedure to insert stents to relieve arterial blockage – or release him so that he could seek such treatment on his own.

THIS, the 4th day of May, 2011.

                                                       /s/ Sharion Aycock
                                                       U.S. DISTRICT JUDGE